THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MILTON BROWN, Defendant-Appellant.

(No. 60707; ▮▮▮▮▮▮▮▮▮▮)

First District (1st Division)—June 16, 1975.

PER CURIAM.

· Paul Bradley and Brenda Richey, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and Eugene J. Rudnik, Jr., Assistant State's Attorneys, of counsel), for the People.